**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CHARLES C. JACOBS, JR., and**
**ROSEMARY W. JACOBS**                                                    **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 2:09cv132-B-S**

**CONSECO, INC., CDOC INC.,WASHINGTON**
**NATIONAL INSURANCE COMPANY, CONSECO**
**SERVICES, LLC, AND CONSECO LIFE**
**INSURANCE COMPANY**                                                     **DEFENDANTS**

**<u>ORDER</u>**

This matter is before the court on the unopposed motion of the plaintiff, Charles C.

Jacobs, for an extension of the discovery deadline and the filing of motions other than motions *in*

*limine* (#33).  Trial in this case is set for October 18, 2010, and this court previously granted an

extension of the motions deadline to June 18, 2010, allowing 120 days between that deadline and

trial.  As such, the court cannot grant any further extensions without continuance of the trial date.

IT IS, THEREFORE, ORDERED that the motion for an extension of discovery deadlines

(# 33) is hereby DENIED.

SO ORDERED**,** this the 10th day of May 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE