IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CHARLES C. JACOBS, JR., and
ROSEMARY W. JACOBS                                          PLAINTIFFS

VS.                                          CIVIL ACTION NO. 2:09cv132-B-S

CONSECO, INC., CDOC INC.,WASHINGTON
NATIONAL INSURANCE COMPANY, CONSECO
SERVICES, LLC, AND CONSECO LIFE
INSURANCE COMPANY                                           DEFENDANTS

## ORDER

This matter is before the court on the unopposed motion of the plaintiff, Charles C. Jacobs, for reconsideration on an order denying an extension of the discovery deadline and the filing of motions other than motions *in limine* (#35). After considering the motion and record in this case the court finds the motion to be well-taken. The motion for reconsideration is GRANTED and the following extensions shall be granted:

- Plaintiffs' designation of experts: May 19, 2010;
- Defendants' designation of experts: June 21, 2010;
- Discovery deadline: July 19, 2010; and
- Motions deadline: July 26, 2010

IT IS, THEREFORE, ORDERED that the motion for an reconsideration (#35) is hereby GRANTED.

SO ORDERED, this the 10th day of May 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE